IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID THOMAS,

    Plaintiff,          JUDGMENT IN A CIVIL CASE

v.                                      16-cv-166-bbc

EDWARD WALL, MICHAEL DITTMAN
and SGT. FOSTER,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's claims under the Eighth Amendment and remanding plaintiff's state law claims to the Circuit Court for Dane County, Wisconsin under 28 U.S.C. § 1367(c)(3).

| /s/ | 4/7/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |